## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA SAUER, Individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | NO. 21-CV-263 |
| GEISINGER HEALTH and EVANGELICAL COMMUNITY HOSPITAL, | : : : | JUDGE BRANN CLASS ACTION |
| Defendants. | : : | ELECTRONICALLY FILED |

### ENTRY OF APPEARANCE

Kindly enter our appearance as counsel for Defendant Geisinger Health in the above-referenced matter.

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier (PA ID 53248)
dbrier@mbklaw.com
Donna A. Walsh (PA ID 74833)
dwalsh@mbklaw.com
Richard L. Armezzani (PA ID 322804)
rarmezzani@mbklaw.com

Myers, Brier & Kelly, LLP          Attorneys for Defendant, Geisinger Health
425 Spruce Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Date:  February 18, 2021

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing

Entry of Appearance was served upon the following counsel of record via the Court's

ECF system on this 18th day of February 2021:

> Ira Neil Richards, Esquire
> Schnader, Harrison, Segal & Lewis, LLP
> 1600 Market Street, Suite 3600
> Philadelphia, PA  19103

> /s/ Daniel T. Brier
> Daniel T. Brier