# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA SAUER, Individually and on behalf of all others similarly situated, | : : : : |
| Plaintiff, | : : |
| v. | :   NO. 21-CV-263 |
| | : |
| GEISINGER HEALTH and EVANGELICAL COMMUNITY HOSPITAL, | :   JUDGE BRANN : :   CLASS ACTION |
| | : |
| Defendants. | :   ELECTRONICALLY FILED |

## ENTRY OF APPEARANCE

Kindly enter our appearance as counsel for Defendant Geisinger Health in the above-referenced matter.

                                              Respectfully submitted,

                                              /s/ Daniel T. Brier
                                              Daniel T. Brier (PA ID 53248)
                                              dbrier@mbklaw.com
                                              Donna A. Walsh (PA ID 74833)
                                              dwalsh@mbklaw.com
                                              Richard L. Armezzani (PA ID 322804)
                                              rarmezzani@mbklaw.com

Myers, Brier & Kelly, LLP           Attorneys for Defendant, Geisinger Health
425 Spruce Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Date:  February 18, 2021

## **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 18th day of February 2021:

>Ira Neil Richards, Esquire
>Schnader, Harrison, Segal & Lewis, LLP
>1600 Market Street, Suite 3600
>Philadelphia, PA  19103

>/s/ Daniel T. Brier
>Daniel T. Brier