# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA SAUER, Individually and on behalf of all others similarly situated, : : : : **Plaintiff,** : : v. : : **GEISINGER HEALTH and EVANGELICAL COMMUNITY HOSPITAL,** : : : : : **Defendants.** : | NO. 21-CV-263<br><br>JUDGE BRANN<br><br>CLASS ACTION<br><br>ELECTRONICALLY FILED |

## ENTRY OF APPEARANCE

Kindly enter our appearance as counsel for Defendant Geisinger Health in the above-referenced matter.

                                          Respectfully submitted,

                                          /s/ Daniel T. Brier
                                          Daniel T. Brier (PA ID 53248)
                                          dbrier@mbklaw.com
                                          Donna A. Walsh (PA ID 74833)
                                          dwalsh@mbklaw.com
                                          Richard L. Armezzani (PA ID 322804)
                                          rarmezzani@mbklaw.com

Myers, Brier & Kelly, LLP         Attorneys for Defendant, Geisinger Health
425 Spruce Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Date:  February 18, 2021

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 18th day of February 2021:

>Ira Neil Richards, Esquire
>Schnader, Harrison, Segal & Lewis, LLP
>1600 Market Street, Suite 3600
>Philadelphia, PA  19103

>/s/ Daniel T. Brier
>Daniel T. Brier