UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR       :
ADMISSION TO PRACTICE IN THIS COURT    :

# PETITION

I, **Stefan M. Meisner**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Crowell & Moring LLP

1001 Pennsylvania Avenue, NW

Washington, DC 20004

Office Telephone: 202-624-2500

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts. District of Columbia - 06/2/00 (Bar Number: 467886); Maryland Court of Appeals - 12/15/99 (Bar Number: 9912150213); US District Court for the Eastern District of Michigan - 07/1/16; US Court of Appeals for the Federal Circuit - 04/3/20

My attorney Identification number is: _____

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT  *s/ Matthew W. Brann*    Date: 2/19/2021
United States District Judge